UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA SWAIZER,

    Petitioner,

                                                                                                                Case No. 06-14451

v.                                                                                               Hon. Lawrence P. Zatkoff

SUSAN DAVIS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        Petitioner, proceeding pro se, filed a petition for writ of habeas corpus [dkt 1]. The matter currently before the Court is Magistrate Judge Komives's Report and Recommendation [dkt 10], in which the Magistrate Judge recommends the petition for writ of habeas corpus be denied. Petitioner timely filed objections to the Report and Recommendation [dkt 11], and the Court reviews those portions of the Report and Recommendation de novo. The Court has thoroughly reviewed the court file, the Report and Recommendation, and Petitioner's objections. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

        Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus [dkt 1] is DENIED.

        IT IS SO ORDERED.

                                                                s/Lawrence P. Zatkoff
                                                                LAWRENCE P. ZATKOFF
                                                                UNITED STATES DISTRICT JUDGE

Dated: March 17, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 17, 2009.

                                                     s/Marie E. Verlinde  
                                                     Case Manager  
                                                     (810) 984-3290